**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| DONALD F. HOLL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PENSION BENEFIT GUARANTY )<br>CORPORATION, )<br>)<br>Defendant. ) | 3:05-cv-070-RLY-WGH |

**E N T R Y**

    The defendant's motion for summary judgment is **granted.** The reason for this ruling is that the pleadings and the evidentiary record show that there is no genuine dispute as to any material fact and that the defendant is entitled to judgment as a matter of law. More specifically, the evidentiary record shows that the Pension Benefit Guaranty Corporation ("PBGC") has provided plaintiff Donald Holl with the copy of the complaint filed on March 22, 1995, by the PBGC in the United States District Court for the District of Connecticut in No. 395-CV-00541, and with all supporting materials possessed by or accessible to it, including all extant pages of the Preway Industries, Inc. Pension Plan. That is the relief to which Mr. Holl sought and/or to which he was entitled. As to his claim for damages against the PBGC, this is barred by the United States' sovereign immunity.

    Judgment consistent with this Entry shall now issue. Any motion not specifically addressed in this Entry is denied as moot.

    **IT IS SO ORDERED.**

 

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date:   January 10, 2006